

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00435-CR

The **STATE** of Texas,
Appellant

v.

Jesus **SANCHEZ**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2020CRB000444L2
Honorable Leticia Martinez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's June 13, 2024 order is REVERSED to the extent it grants the motion to suppress the blood test results.

We REMAND to the trial court for further proceedings consistent with this opinion.

SIGNED September 10, 2025.

_____
Lori Massey Brissette, Justice